**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6088**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

CHARLES MUHAMMAD CUNNINGHAM,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-cr-00166-D-1; 5:24-cv-00180-D)

---

Submitted:  April 10, 2025                      Decided:  April 15, 2025

---

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Remanded by unpublished per curiam opinion.

---

Charles Muhammad Cunningham, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Muhammad Cunningham seeks to appeal the district court's order dismissing his 28 U.S.C. § 2255 motion. When the United States or its officer or agency is a party in a civil case, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its judgment on November 12, 2024, so the appeal period expired on January 13, 2025. *See* Fed. R. Civ. P. 6(a)(1)(C) (relevant counting rule). Cunningham wrote on his notice of appeal that he "[s]ubmitted" the document on January 5, 2025, but the district court did not receive the document until February 3, 2025. The envelope in which Cunningham sent the notice of appeal is not stamped with the mailing date. Accordingly, there is no evidence in the current record indicating when Cunningham mailed the notice of appeal. *See* Fed. R. App. P. 4(c)(1)(A); *Houston v. Lack*, 487 U.S. 266, 276 (1988) (establishing prison mailbox rule). To ensure that we have jurisdiction to consider Cunningham's appeal, we remand this case to the district court for the limited purpose of determining when Cunningham delivered his notice of appeal to prison officials for mailing to the court. The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED*